**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JACQUELINE ESRY, Individually and
on Behalf of all Others Similarly Situated                    PLAINTIFF

v.                                    NO. 4:18CV00156-JLH

P.F. CHANG'S CHINA BISTRO, INC.,
d/b/a P.F. CHANG'S CHINA BISTRO                              DEFENDANT

## <u>JUDGMENT</u>

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 27th day of September, 2019.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE